**NOT RECOMMENDED FOR FULL-TEXT PUBLICATION**
File Name: 11a0598n.06

No. 10-1036

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**FILED**

***Aug 22, 2011***

LEONARD GREEN, Clerk

| | | |
|---|---|---|
| SEBASTIAN LUCIDO, | ) | |
| | ) | |
| Plaintiff-Appellant, | ) | |
| | ) | ON APPEAL FROM THE UNITED |
| v. | ) | STATES DISTRICT COURT FOR THE |
| | ) | EASTERN DISTRICT OF MICHIGAN |
| FEDERAL BUREAU OF INVESTIGATION, | ) | |
| Director, Robert S. Mueller, III, et al. | ) | |
| | ) | |
| Defendants-Appellees. | ) | |

Before: KEITH, CLAY, and COOK, Circuit Judges.

PER CURIAM. Having had the benefit of oral argument, and having studied the record on appeal and the briefs of the parties, we are not persuaded that the district court erred in dismissing the complaint. Because the reasons why judgment should be entered for the defendant have been fully articulated by the district court, the issuance of a detailed opinion by this court would be duplicative and would serve no useful purpose. Accordingly, we AFFIRM the judgment of the district court upon the reasoning set out by that court in its order and opinion entered on September 29, 2009.